# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARMEN SOSA PANTOJA,<br><br>　　　　　　　　　　　Plaintiff,<br>vs.<br><br>MYLOR FINANCIAL GROUP, INC., et al.,<br><br>　　　　　　　　　　　Defendants. | CASE NO. 10CV409DMS (BLM)<br><br>**ORDER DENYING MOTION TO DISMISS AS MOOT** |

Presently before the Court is a motion to dismiss filed by Defendants Bank of America Corporation and Bank of America Home Loans Servicing, LLP. (Doc. 5.) Instead of opposing, Plaintiffs have filed a First Amended Complaint. A party is entitled to amend pleadings once "as a matter of course" at any time before a responsive pleading is served. Fed. R. Civ. P. 15(a); *see Shaver v. Operating Eng'rs Local 428 Pension Trust Fund*, 332 F.3d 1198, 1201 (9th Cir. 2003) (motion to dismiss is not a responsive pleading). Because Plaintiffs' amended pleading supersedes the original complaint, the original is no longer operative. *Bullen v. De Bretteville*, 239 F.2d 824, 833 (9th Cir. 1956). Defendant's motion is therefore denied as moot.

**IT IS SO ORDERED.**

DATED: March 30, 2010

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　HON. DANA M. SABRAW
　　　　　　　　　　　　　　　　　　　　　　United States District Judge